ROGER RYAN, Respondent, *v.* THE SOLVAY PROCESS COMPANY, Appellant.

*Ryan* v. *Solvay Process Co.*, 143 App. Div. 955, affirmed.
(Argued October 17, 1912; decided November 1, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Louis L. Waters* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

INNOCENZO SABATINO, Respondent, *v.* THE ROEBLING CONSTRUCTION COMPANY, Appellant.

*Sabatino* v. *Roebling Construction Co.*, 143 App. Div. 955, affirmed.
(Argued October 18, 1912; decided November 1, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Clarence P. Moser* for appellant.

*William J. Maloney* and *Hugh J. O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not voting: HISCOCK, J.